IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. |
| MATTHEW S. HILLIARD, HILLIARD OIL VENTURES, INC. A/K/A DELTA WESTERN COMPANY, HILLIARD HELIUM COMPANY, LLC, and HILLIARD LAND AND ENERGY CORP., | § § § § § § § § | |
| Defendants. | § | |

**PLAINTIFF'S AGREED MOTION
FOR ENTRY OF FINAL JUDGMENT AGAINST DEFENDANTS**

Plaintiff Securities and Exchange Commission ("SEC") files this Agreed Motion for Entry of Final Judgment against Defendants Matthew S. Hilliard, Hilliard Oil Ventures, Inc., a/k/a Delta Western Company, Hilliard Helium Company, LLC and Hilliard Land and Energy Corp. ("Defendants"), and respectfully shows the Court as follows:

1. On April 16, 2020 the SEC filed its Complaint alleging that Defendants violated the federal securities laws. [Doc. 1].

2. The SEC has reached a settlement with Defendants. Pursuant to the settlement, Defendants executed the Consent attached hereto as Exhibit A and, without admitting or denying the allegations in the Complaint, agreed to entry of the proposed Final Judgment, submitted herewith (the "Judgment") as Exhibit B, which, among other things: (a) permanently enjoins Defendants from future violations of the federal securities laws as alleged in the Complaint; and (b) orders each Defendant to pay disgorgement, prejudgment interest, and a civil penalty.

3. Pursuant to the Consent, Defendants agreed that the SEC may present the proposed Judgments to the Court for signature and entry without further notice.

4. The SEC respectfully moves the Court to enter the proposed Final Judgment.

For all of the foregoing reasons, the SEC respectfully requests that the Court grant this Motion, enter the Judgment submitted herewith, and grant Plaintiff such other or further relief to which it is justly entitled.

Dated:   April 16, 2020      Respectfully submitted,

*s/ Jennifer D. Reece*
Jennifer D. Reece
Texas Bar No. 00796242
United States Securities and Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, Texas 76102
Direct phone: (817) 978-6442
Fax: (817) 978-4927
reecej@sec.gov

COUNSEL FOR PLAINTIFF
SECURITIES AND EXCHANGE COMMISSION